In the Matter of STEVEN B., Respondent. ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK, Respondent; MAKEBA S., Appellant.

Submitted March 20, 2006; decided March 23, 2006

Motion for assignment of counsel granted and Louise Belulovich, Esq., 411 East 57th Street, 14C, New York, NY 10022 assigned as counsel to respondent Steven B. on the appeal herein.

In the Matter of ROBERT WARD et al., Appellants, v ELIOT SPITZER, Respondent.

Submitted January 9, 2006; decided March 23, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ANONYMOUS, an Infant. JOHN WILLIAM Z. et al., Respondents; FREDERICK C., Appellant.

Submitted January 23, 2006; decided March 28, 2006

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]).